Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD T. BROWN,

      Petitioner,

v.

UNITED STATES,

      Respondent.

NO. C08-5599RBL

ORDER

This matter having come to the Court's attention on the Government's motion to extend time to file its answer to petitioner's 2255. The Court being fully advised in this matter finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the government's answer to petitioner's 2255 motion shall be due on February 27, 2009.

DATED this 2nd day of February, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970