Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD T. BROWN, | NO. C08-5599RBL |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES, | |
| Respondent. | |

This matter having come to the Court's attention on the Government's motion to extend time to file its answer to petitioner Richard T. Brown's Section 2255 motion, and the Court being fully advised in this matter, finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the Government's answer to petitioner's Section 2255 motion shall be due on March 13, 2009. Petitioner's Reply, if any, shall be due on April 10, 2009 and the motion shall be re-noted for April 17, 2009..

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Bruce F. Miyake
Assistant United States Attorney

ORDER/BROWN— 1
C08-5599RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970