Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,      )
                               )    NO.   C08-5599RBL
            Plaintiff,         )          (CR03-5426RBL)
                               )
      v.                       )
                               )
RICHARD BROWN,                 )          ORDER
                               )
            Defendant.         )
_____)

Having reviewed the Government's Motion for an Order Regarding Defendant

Richard Brown's Waiver of His Attorney-Client Privilege, and based upon the reasons set

forth in that Motion,

IT IS HEREBY ORDERED that Defendant Brown, by raising issues related to his

legal representation in the context of his 2255 petition, has waived his attorney-client

privilege for the purpose of litigation that motion. Accordingly, Brown's former attorney,

Paula Olson, is hereby authorized to provide evidence of their conversations with Brown

(including otherwise privileged legal conversations), by way of affidavit, testimony, or in

any other form. Paula Olson is also authorized to produce documents and records related

to her representation of Brown to the Government.

IT IS FURTHER ORDERED that, absent further orders from this Court, the

evidence provided pursuant to this Order shall be used solely for the purpose of litigating

Brown's 2255 petition  and shall not be admissible against Brown in any other

proceeding, including at any trial in this case. This Order shall remain in effect even after

ORDER/— 1
C08-5599RBL

1  the Court has ruled on Brown's 2255 petition.  Both parties retain the right to apply to the

2  Court for modification of this Order.

3        DATED this 9th day of April, 2009.

4

5                                    RONALD B. LEIGHTON
                                     UNITED STATES DISTRICT JUDGE
6

7  Presented by:

8

   */s/ Bruce F. Miyake*
9  BRUCE F. MIYAKE
   Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28