HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD T. BROWN,

        Petitioner/Defendant,

    v.

UNITED STATES OF AMERICA,

        Respondent/Plaintiff.

Case No. C08-5599RBL
(CR03-5426RBL)

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Reconsideration [Dkt. #23] and Motion for an Extension of Time to File a Reply to the Government's Response to Defendant's § 2255 Motion [Dkt. #24]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The defendant seeks reconsideration of this Court's Order denying his Motion for Appointment of Counsel. [See Dkt. #21]. Motions for reconsideration are disfavored and ordinarily will not be granted absent a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the Court's attention earlier. See CR 7(h)(1), Local Rules W.D. Wash. That standard has not been met in this case. The Motion for Reconsideration [Dkt. #23] is **DENIED.**

Defendant's Motion for an Extension of Time to File a Reply [Dkt. #24] is **GRANTED.** Defendant shall file his Reply, if any, on or before August 19, 2009. The § 2255 motion will be noted for August 21, 2009.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 22ND day of July, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE